**Order entered March 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00019-CV

### IN THE ESTATE OF WILLIAM L. MOORE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-0037-2**

## ORDER

Before the Court is appellants' March 8, 2018 unopposed motion to extend time to file a

brief.  We **GRANT** the motion and extend the time to file to **April 16, 2018**.


/s/      DAVID EVANS
JUSTICE